```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-MJ-00006-CKD |
| Plaintiff, | ) | Order of Dismissal |
| v. | ) | |
| ROBERT A. PEREZ, | ) | DATE: February 17, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Carolyn K. Delaney |

It is hereby Ordered that the plaintiff United States of America's Motion to Dismiss the above captioned matter is GRANTED.

IT IS SO ORDERED.

Dated: January 12, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE